IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

UNITED STATES OF AMERICA

v.

STEPHEN PATRICK FURR

No. **5-25CR-011-H**

## <u>INDICTMENT</u>

The Grand Jury Charges:

<u>Count One</u>
Interstate Threatening Communications
(Violation of 18 U.S.C. § 875(c))

On or about February 3, 2025, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Stephen Patrick Furr**, defendant, for the purpose of issuing a threat to injure and kill another person and with knowledge that the communication would be viewed as a threat to injure and kill another person, did knowingly transmit in interstate and foreign commerce a post on Blue Sky containing a true threat to injure and kill another person, that is, students at an elementary school in Lubbock, Texas.

In violation of Title 18, United States Code, Section 875(c).

**Stephen Patrick Furr**
**Indictment – Page 1**

A TRUE BILL:

*Shanda Rogers*

FOREPERSON

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

JEFFREY R. HAAG
Assistant United States Attorney
West Texas Branch Chief
Texas State Bar No. 24027064
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:    806-472-7559
Facsimile:    806-472-7394
E-mail:        jeffrey.haag@usdoj.gov

**Stephen Patrick Furr**
**Indictment – Page 2**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF TEXAS

### LUBBOCK DIVISION

UNITED STATES OF AMERICA

v.

STEPHEN PATRICK FURR

INDICTMENT

COUNT 1:                    INTERSTATE THREATENING COMMUNICATIONS
                            Title 18, United States Code, Section 875(c).
                                (1 COUNT)

A true bill rendered:

Lubbock _____*Shanda Rogers*_____ Foreperson

Filed in open court this _____*12TH*_____ day of _____*FEBRUARY*_____, A.D. 2025.
DEFENDANT IN FEDERAL CUSTODY
Complaint #5:25-MJ-013 filed 02/03/2025.


_____
UNITED STATES MAGISTRATE JUDGE


Stephen Patrick Furr
Indictment – Page 3